# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 14-226 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Brian Todd Gore, | |
| Defendant. | |

---

Sarah E. Huddleston, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Plaintiff).

Douglas Olson, Assistant Federal Defender, Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415 (for Defendant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 23, 2014 [Docket No.38], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 26] is **DENIED**.

2. Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 27] is **DENIED**.


Date:  November 12, 2014               s/Patrick J. Schiltz
                                       The Honorable Patrick J. Schiltz
                                       United States District Court Judge
                                       for the District of Minnesota